UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony Lee DAVIS, Defendant–Appellant.

No. 07–10745

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 19, 2007.

John E. Fernandez, Tampa, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

---

1. We decline to review on direct appeal Miller's claim of ineffective assistance of counsel.

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

John E. Fernandez, appointed counsel for Anthony Lee Davis, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Fernandez's convictions and sentences are **AFFIRMED**.